IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSHUA WHISNEANT | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-171 |
| WARDEN, LASALLE CORRECTIONS | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Joshua Whisneant, an inmate formerly confined at the LaSalle Corrections Unit in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying the petition [Dkt. 11].

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to Petitioner at the address provided to the court. The report and recommendation was returned with the notation that the mail was "undeliverable." [Dkt. 12]. Petitioner has failed to update the court with his current address and has prevented the court from communicating with him. As a result, no objections to the Report and Recommendation of United States Magistrate Judge have been filed.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is ADOPTED. A separate final judgment

will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 12th day of July, 2023.**

                                                  Michael J. Truncale
                                                  United States District Judge